United States District Court
Southern District of Texas
**ENTERED**
September 30, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PUBLIO GARCIA MONTILLA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-444 |
| | § | |
| MARKWAYNE MULLIN, | § | |
| | § | |
| Respondent. | § | |

## ORDER

Petitioner Publio Garcia Montilla is currently detained by United States immigration authorities. Petitioner's brother, Jean Jose Garcia Montilla, who is not a licensed attorney, filed a petition for writ of habeas corpus on Petitioner's behalf. (Pet., Doc. 1)

In September 2026, based on the record and the applicable law, a United States Magistrate Judge issued a Report and Recommendation recommending that the Court dismiss the habeas petition for lack of jurisdiction. (R&R, Doc. 12) No party objected to the Report and Recommendation.

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72(b), Advisory Comm. Note (1983). The Court has reviewed the Report and Recommendation and finds no clear error within it.

As a result, the Court **ADOPTS** the Report and Recommendation (Doc. 12). It is:

**ORDERED** that Petitioner Publio Garcia Montilla's Expanded [sic] Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

Each party shall bear its own fees and costs.

This is a final and appealable order.

The Clerk of Court is directed to close this case.

Signed on September 30, 2026.

Fernando Rodriguez, Jr.
United States District Judge